# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

AHMAD ABDUL KARAHALI ,

v.

WARDEN, CALIFORNIA CITY
CORRECTIONAL CENTER ,

**JUDGMENT IN A CIVIL CASE**

CASE NO: **1:26–CV–03166–KES–EPG**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

**IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 7/2/2026 .**

ENTERED:   **July 2, 2026**        /s/  **Keith Holland**
                                                Clerk of Court